UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

AMIEL CUETO,

    Plaintiff,

v.

G.C. SERVICES LIMITED PARTNERSHIP,

    Defendant.

Case No. 09-cv-86-JPG

## JUDGMENT

This matter having come before the Court, and the plaintiff having filed a notice of dismissal without prejudice,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

**KEENAN G. CASADY, CLERK**

**Dated: February 9, 2009**　　　　　　　　　　　　s/Brenda K. Lowe, Deputy Clerk

**Approved:**　s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**